CIVIL MINUTES – GENERAL

Case No.   2:18-cv-01808-MWF- KS                              Date: December 20, 2018
Title      *Hans Zermuehlen v. Wells Fargo Bank, N.A. et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: PLAINTIFF'S FAILURE TO APPEAR FOR DEPOSITION**

Defendant Wells Fargo Bank, N.A., served a deposition notice pursuant to Rule 30 of the Federal Rules of Civil Procedure for Plaintiff's appearance at deposition on December 11, 2018.  Plaintiff did not appear.  More than (10) days have now passed since Plaintiff's deposition was to occur and Plaintiff's counsel has been unable to contact Plaintiff via written or telephonic means and Plaintiff has had no communication with the Court about his whereabouts.

Accordingly, Plaintiff is now subject to sanctions for failing to appear for his deposition pursuant to Federal Rule of Civil Procedure 30(g) and failing to comply with his discovery obligations. However, in the interest of justice, the Court will permit Plaintiff an opportunity to explain his failure appearance  and reschedule the deposition.

Accordingly, IT IS ORDERED that **no later than January 7, 2019, Plaintiff shall SHOW CAUSE why he should not be sanctioned for failing to appear at his deposition.  Plaintiff may discharge the ORDER TO SHOW CAUSE by submitting a signed statement of no more than three (3) pages in which he: (1) explains why he did not appear; and (2) <u>provides a confirmed date no later than January 21, 2019 for his deposition to be taken in this action.</u>  Plaintiff is warned that if he fails to comply with or respond to this Order, Defendant Wells Fargo may promptly file a**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:18-cv-01808-MWF- KS						Date: December 20, 2018
Title      *Hans Zermuehlen v. Wells Fargo Bank, N.A. et al*

**motion to compel Plaintiff's appearance for deposition along with a request for sanctions.**

**IT IS SO ORDERED.**

:

**Initials of Preparer**   gr